UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ELLEN JANE KUTTEN,<br>individually and on behalf<br>of her daughters and<br><br>MARY ANN ARNOLD and<br>ELSIE MAHLER SCHARFF,<br><br>on behalf of themselves<br>and all others similarly situated,<br><br>         Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A. and<br>BANK OF AMERICA CORPORATION,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 4:04-CV-244 CAS |

**BANK OF AMERICA, N.A. AND BANK OF AMERICA CORPORATION'S MOTION
TO DISMISS PLAINTIFFS' CLASS CLAIMS AND THE INDIVIDUAL CLAIMS OF
<u>PLAINTIFF KUTTEN FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

Defendants Bank of America, N.A. ("Bank") and Bank of America Corporation ("BAC")

(collectively "Defendants"), in support of their motion to dismiss Plaintiffs' class claims and the

individual claims of Plaintiff Kutten for lack of subject matter jurisdiction, state as follows:

1.      This is a putative class action against Defendants alleging breaches of purported

contractual and fiduciary duties with respect to certain investments in the Plaintiffs' trust

accounts.  As set forth in Defendants' Memorandum in Support, Plaintiffs' class claims and the

individual claims of Plaintiff Kutten should be dismissed on various grounds.

2.      First, no individual Plaintiff has compensatory damages which exceed $75,000.

Both Plaintiff Arnold and Scharff, as the putative class representatives, fail to meet the amount in

controversy requirement under 28 U.S.C. § 1332(a) and therefore, this Court lacks diversity

jurisdiction over any of the class claims.  Likewise, Plaintiff Kutten's individual claims do not

exceed $75,000 and should be dismissed.  Plaintiffs cannot establish by a preponderance of the evidence that the amount in controversy meets the jurisdictional amount.  Thus, pursuant to Federal Rule of Civil Procedure 12(b)(1) the claims should be dismissed because this Court lacks subject matter jurisdiction.

3.      Second, Plaintiffs' request for punitive damages also falls short of the jurisdictional minimum because Plaintiffs' fail to sufficiently allege facts under either California or Missouri law to entitle them to such relief.  As such, their request for this relief does not contribute to the amount in controversy necessary to invoke federal jurisdiction.

4.      Finally, Plaintiffs either lack standing to assert claims for injunctive relief, or, the injunctive relief requested is not recoverable or has no value.  Thus, Plaintiffs cannot rely on this relief to reach the jurisdictional minimum.

5.      A supporting memorandum of law and proposed order accompany this motion.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law, Bank of America, N.A. and Bank of America Corporation request that their Motion to Dismiss be granted and the Second Amended Complaint be dismissed.

DATED:  January 30, 2006

                                                          BRYAN CAVE LLP

                            By

                                       /s/ Edward L. Dowd_____

                                       Edward L. Dowd, Jr.
Jeffrey S. Russell
Darci Madden
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, MO  63102
Telephone:  314.259.2000
Facsimile: 314.259.2020

Gregory B. Jordan
Mary J. Hackett
Christopher J. Soller
Sharon L. Rusnak
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
Telephone:  412.288.3131
Facsimile:  412.288.3063

Attorneys for Defendants Bank of America, N.A. and Bank of America Corporation

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served this 30th day of January, 2006 upon the following counsel of record by the manner indicated below:

Steven M. Hamburg, Esq.
Holly M. McIntyre, Esq.
Summers, Compton, Wells & Hamburg, P.C.
8909 Ladue Road
St. Louis, MO  63124

*Via the Court's Electronic Filing System*

Richard D. Greenfield, Esq.
Greenfield & Goodman LLC
7426 Tour Drive
Easton, MD  21601

*Via the Court's Electronic Filing System*

Hector G. Gancedo, Esq.
Gancedo & Nieves LLP
144 W. Colorado Boulevard
Pasadena, CA  91105

*Via the Court's Electronic Filing System*

Barry A. Short
Louis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, MO 63102

*Via the Court's Electronic Filing System*

Stephen M. Colangelo
Laurie A. Hand
Morrison & Foerster LLP
1650 Tysons Boulevard
Suite 300
McLean, VA 22102

*Via the Court's Electronic Filing System*

  /s/  Edward L. Dowd, Jr.
Counsel for Defendant

January 30, 2006