UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Ellen Jane Kutten, individually and on behalf of her daughters; and Mary Ann Arnold and Elsie Mahler Scharff, on behalf of themselves and all others similarly situated;<br><br>Plaintiffs,<br><br>v.<br><br>Bank of America, N.A. and Bank of America Corporation,<br><br>Defendants. | Civ. File No. 04-0244 (PAM)<br><br><br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion to Alter/Amend the Judgment to Provide for Modification of the Protective Order. Plaintiffs seek to modify the protective order so that Plaintiffs can use discovery materials in other cases. Because those other cases have been dismissed, however, Plaintiffs' request is moot.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiffs' Motion (Docket No. 325) is **DENIED as moot.**

Dated: <u>Wednesday, October 22, 2008</u>

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge