UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Ellen Jane Kutten et al., | Civil No. 04-0244 (PAM) |
| Plaintiffs, | |
| v. | |
| Bank of America, N.A. et al., | |
| Defendants, | |

| | |
|---|---|
| George Siepel et al., | Civil No. 05-2393 (PAM) |
| Plaintiffs, | |
| v. | |
| Bank of America, N.A. et al., | |
| Defendants, | |

| | |
|---|---|
| Ellen Jane Kutten et al., | Civil No. 06-0937 (PAM) |
| Plaintiffs, | |
| v. | **ORDER** |
| Bank of America, N.A. et al., | |
| Defendants. | |

This matter is before the Court on a joint Motion for Extension of Time. The parties seek additional time to respond to Defendants' Motion for Entry of Injunction.

**IT IS HEREBY ORDERED** that:

1. The Joint Motion for Extension of Time (Docket No. 338) is **GRANTED**;

2. Plaintiffs shall have until December 15, 2008, to file any opposition to Defendants' Motion for Entry of Injunction and Other Relief; and

3. Defendants may file a reply in support of their Motion on or before January 15, 2009.

Dated: <u>Wednesday, October 29, 2008</u>

<u>*s/ Paul A. Magnuson*</u>
Paul A. Magnuson
United States District Court Judge